UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    1:10-CV-2204 (SLT)-CLP

ACME WIDGET, L.P.,

                **Plaintiff,**    **AFFIDAVIT OF MAILING**

    v.

Q INVESTORS GROUP, INC.,

                **Defendant.**
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

       James Kerr, being duly sworn, deposes and says:

1. He is not a party to the above-referenced proceeding.
2. He is over the age of 18 years.
3. He resides at 330 Bedford Avenue, Brooklyn, NY 11211
4. On June 1, 2011, he served a copy of the Amended Summons and Plaintiff's Amended Complaint with exhibits on the following:

Q Investors Group, Inc.
3917 – 12th Avenue
Brooklyn, NY 11218

5. He mailed the documents by placing them in a post paid envelope and depositing it in the post box maintained by the U.S. Postal Service at 60 East 42nd Street, New York, NY 10165.

                                                             _____
                                                             James Kerr

Sworn to before me this 20th day
of July, 2011

_____
Notary Public
BARBARA E. MORRISSEY
Notary Public, State of New York
No. 02MO6000289
Qualified in New York County
Commission Expires March 11, 2014