IN CLERK'S
MAR 05 2012
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACME WIDGET, L.P.,

                        Plaintiff,

      - against -

Q INVESTORS GROUP, INC.,

                       Defendant.
-------------------------------------------------------------X

**MEMORANDUM & ORDER**

10-cv-2204 (SLT) (CLP)

**TOWNES, United States District Judge:**

On May 13, 2010, Plaintiff Acme Widget ("Plaintiff") filed the instant action alleging trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1051 *et seq.* On November 2, 2010, after Q Investors Group, Inc. ("Defendant") failed to appear or respond, Plaintiff moved for entry of default and default judgment. The Clerk of Court entered a default against Defendant and this Court referred the motion for default judgment to Magistrate Judge Cheryl Pollak for a Report and Recommendation ("R&R").

Judge Pollak issued her R&R on February 10, 2012, recommending that this Court grant Plaintiff's motion for default judgment by 1) entering a permanent injunction as specified in her R&R, 2) directing Defendant to destroy all articles or materials containing the mark "Q Investors Group" or any variance thereof, and 3) granting Plaintiff $7986.00 in attorney's fees and $1105.36 in costs. The R&R advised that any objections needed to be filed within fourteen days from the posting of the order on ECF.

To date, there are no objections to the R&R. A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nonetheless, when no objections are filed, many courts seek to satisfy themselves "that there is no clear error on the face of the record." Advisory Committee Notes to Fed. R. Civ. P.

72(b) (1983 Addition); *see also Edwards v. Town of Huntington*, No. 05 Civ. 339 (NGG) (AKT), 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007). Accordingly, this Court has reviewed the R&R for clear error on the face of the record. The Court finds no clear error, and therefore adopts the R&R in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1)

## CONCLUSION

For the reasons stated above, Judge Pollack's Report and Recommendation dated February 10, 2012 (Docket No. 39) is adopted in its entirety.

**SO ORDERED.**

                                        s/ SLT
                                        SANDRA L. TOWNES
                                        United States District Judge

Dated: March 5, 2012
       Brooklyn, New York

2